

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| PHILLIP FRIAS, | § | No. 08-13-00325-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | Of El Paso County, Texas |
| State. | § | (TC# 20130D03266) |
| | § | |

# O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 15, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, State's attorney, prepare the State's brief and forward the same to this Court on or before November 15, 2017.

IT IS SO ORDERED this 27th day of September, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.